EXHIBIT A



**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**ATLANTA REGIONAL OFFICE**
**950 East Paces Ferry Road, N.E., Suite 900**
**Atlanta, Georgia  30326-1382**

W. Shawn Murnahan                                    Telephone:  (404) 842-7669
Senior Trial Counsel                                     Facsimile:  (703) 813-9364

March 17, 2017

VIA UNITED PARCEL SERVICE
Mark Trafeli
General Counsel EMEA
R.J. O'Brien Ltd.
Business Design Centre
52 Upper Street
London, N1 0QH
GB

> **Re:**   *SEC v. One or More Unknown Traders in the Securities of Fortress Investment*
> *Group, LLC,* Civil Action No. 17-CV-1287 (D.N.J.) – Service of Summons

Dear Mr. Trafeli:

Pursuant to Rule 4 of the Federal Rules of Civil Procedure and Section VI.A of the Temporary Restraining Order Freezing Assets, Granting Other Relief, and Order to Show Cause (the "TRO") entered on February 24, 2017 in the above-referenced action, attached are copies of the following documents:

- Summons
- Complaint
- TRO

The Complaint and the TRO have been provided to you previously and are included herein for your convenience.

Pursuant to Section VI.A of the TRO, we are serving you as the broker and/or agent of individuals or entities who traded in securities of Fortress Investment Group LLC (the "Fortress Traders") between February 10, 2017 and February 15, 2017.  Please forward the enclosed materials to each Fortress Trader for whom R.J. O'Brien Ltd. acts as a broker or agent and confirm in writing that you have done so.  Please include in your confirmation the name of each

Mark Trafeli
March 3, 2017
Page 2


Fortress Trader to whom you forwarded the materials and the date and manner in which you
forwarded them.


Very truly yours,

W. Shawn Murnahan


Enclosures

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,**
*Plaintiff*

V.          **SUMMONS IN A CIVIL CASE**

**ONE OR MORE UNKNOWN TRADERS IN
THE SECURITIES OF FORTRESS
INVESTMENT GROUP, LLC. ,**
*Defendant*

CASE NUMBER: **2:17–CV–01287–CCC–MF**

TO: *(Name and address of Defendant):*

One or More Unknown Traders in the Securities of Fortress Investment Group, LLC
℅ Mark Trafeli, General Counsel EMEA
R.J. O'Brien Ltd.
Business Design Centre
52 Upper Street
London,  N1 0QH
GB

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it)
—— or 60 days if you are the United States or a United States Agency, or an office or employee of
the United States described in Fed. R. civ. P. 12 (a)(2) or (3) —— you must serve on the plaintiff
an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil
Procedure. The answer or motion must be served on the plaintiff or plaintiff`s attorney, whose
name and address are:

W. Shawn Murnahan, Esq.

U.S. Securities and Exchange Commission
Atlanta Regional Office

950 East Paces Ferry Road NE., Suite 900

Atlanta, Georgia 30326

If you fail to respond, judgment by default will be entered against you for the relief
demanded in the complaint. You also must file your answer or motion with the court.

**WILLIAM T. WALSH**

CLERK

**ELISAVETA KALLUCI**

(By) DEPUTY CLERK



**ISSUED ON 2017–03–16 10:23:21**, Clerk
USDC NJD

Case 2:17-cv-01287-CCC-MF Document 3 Filed 04/28/17 Page 2 of 2 PageID: 89

**RETURN OF SERVICE**

| Service of the Summons and complaint was made by me(1) | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

☐ Name of person with whom the summons and complaint were left:_____

☐ Returned unexecuted:_____
_____
_____

☐ Other (specify) :_____
_____
_____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on     _____     _____
                         Date                         *Signature of Server*

                                            _____
                                            *Address of Server*



**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**ATLANTA REGIONAL OFFICE**
**950 East Paces Ferry Road, N.E., Suite 900**
**Atlanta, Georgia  30326-1382**

W. Shawn Murnahan                                    Telephone:  (404) 842-7669
Senior Trial Counsel                                    Facsimile:  (703) 813-9364

March 17, 2017

VIA UNITED PARCEL SERVICE
Steven Gatti, Esq.,
Clifford Chance
2001 K Street NW
Washington, D.C. 20006-1001

> **Re:**   *SEC v. One or More Unknown Traders in the Securities of Fortress Investment Group, LLC,* Civil Action No. 17-CV-1287 (D.N.J.) – Service of Summons

Dear Mr. Gatti:

Pursuant to Rule 4 of the Federal Rules of Civil Procedure and Section VI.A of the Temporary Restraining Order Freezing Assets, Granting Other Relief, and Order to Show Cause (the "TRO") entered on February 24, 2017 in the above-referenced action, attached are copies of the following documents:

- Summons
- Complaint
- TRO

The Complaint and the TRO have been provided to you previously and are included herein for your convenience.

Pursuant to Section VI.A of the TRO, we are serving you as counsel for Maybank Kim Eng Securities Pte. Ltd., a broker and/or agent of individuals or entities who traded in securities of Fortress Investment Group LLC (the "Fortress Traders") between February 10, 2017 and February 15, 2017.  Please forward the enclosed materials to each Fortress Trader for whom Maybank acts as a broker or agent and confirm in writing that you have done so.  Please include in your confirmation the name of each Fortress Trader to whom you forwarded the materials and the date and manner in which you forwarded them.

Steven Gatti, Esq.
March 17, 2017
Page 2

Very truly yours,

W  Shawn Murnahan

Enclosures

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**UNITED STATES SECURITIES AND**
**EXCHANGE COMMISSION,**
*Plaintiff*

V.  **SUMMONS IN A CIVIL CASE**

**ONE OR MORE UNKNOWN TRADERS IN**
**THE SECURITIES OF FORTRESS**
**INVESTMENT GROUP, LLC. ,**
*Defendant*

CASE NUMBER: **2:17–CV–01287–CCC–MF**

TO: *(Name and address of Defendant):*

One or More Unknown Traders in the Securities of Fortress Investment Group, LLC
% Steven Gatti, Esq., attorney for Maybank Kim Eng Securities Pte. Ltd
Clifford Chance
2001 K Street NW
Washington, D.C. 20006-1001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it)
–– or 60 days if you are the United States or a United States Agency, or an office or employee of
the United States described in Fed. R. civ. P. 12 (a)(2) or (3) –– you must serve on the plaintiff
an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil
Procedure. The answer or motion must be served on the plaintiff or plaintiff`s attorney, whose
name and address are:

W. Shawn Murnahan, Esq.

U.S. Securities and Exchange Commission
Atlanta Regional Office

950 East Paces Ferry Road NE., Suite 900

Atlanta, Georgia 30326

If you fail to respond, judgment by default will be entered against you for the relief
demanded in the complaint. You also must file your answer or motion with the court.

**WILLIAM T. WALSH**

CLERK

**ELISAVETA KALLUCI**

(By) DEPUTY CLERK



**ISSUED ON 2017–03–16 10:23:21**, Clerk
USDC NJD

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

☐ Name of person with whom the summons and complaint were left:_____

☐ Returned unexecuted:_____
_____
_____

☐ Other (specify) :_____
_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                    Date                    *Signature of Server*

                                        _____
                                        *Address of Server*



**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**ATLANTA REGIONAL OFFICE**
**950 East Paces Ferry Road, N.E., Suite 900**
**Atlanta, Georgia  30326-1382**

W. Shawn Murnahan                                           Telephone:  (404) 842-7669
Senior Trial Counsel                                           Facsimile:  (703) 813-9364

March 17, 2017

<u>VIA UNITED PARCEL SERVICE</u>
Robert Falkner, Esq.
Reed Smith
Broadgate Tower
20 Primrose Street
London EC2A 2RS

      **Re:**   *SEC v. One or More Unknown Traders in the Securities of Fortress Investment*
           *Group, LLC,* Civil Action No. 17-CV-1287 (D.N.J.) – Service of Summons

Dear Mr. Falkner:

      Pursuant to Rule 4 of the Federal Rules of Civil Procedure and Section VI.A of the
Temporary Restraining Order Freezing Assets, Granting Other Relief, and Order to Show Cause
(the "TRO") entered on February 24, 2017 in the above-referenced action, attached are copies of
the following documents:

- Summons
- Complaint
- TRO

The Complaint and the TRO have been provided previously and are included herein for your
convenience.

      Pursuant to Section VI.A of the TRO, we are serving you as counsel for Valbury Capital
Ltd., a broker and/or agent individuals or entities who traded in securities of Fortress Investment
Group LLC (the "Fortress Traders") between February 10, 2017 and February 15, 2017.  Please
forward the enclosed materials to each Fortress Trader for whom your client acts as broker and
confirm in writing that you have done so.  Please include in your confirmation the name of each
Fortress Trader to whom you forwarded the materials and the date and manner in which you
forwarded them.

Robert Falkner, Esq.
March 17, 2017
Page 2

Very truly yours,

W. Shawn Murnahan

Enclosures

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,**
*Plaintiff*

V.        **SUMMONS IN A CIVIL CASE**

**ONE OR MORE UNKNOWN TRADERS IN
THE SECURITIES OF FORTRESS
INVESTMENT GROUP, LLC. ,**
*Defendant*

CASE NUMBER: **2:17–CV–01287–CCC–MF**

TO: *(Name and address of Defendant):*

One or More Unknown Traders in the Securities of Fortress Investment Group, LLC
% Valbury Capital Ltd.
Robert Falkner, Esq.
Broadgate Tower
20 Primrose Street
London EC2A 2RS
GB

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) —– or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) —– you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff`s attorney, whose name and address are:

W. Shawn Murnahan, Esq.
U.S. Securities and Exchange Commission
Atlanta Regional Office
950 East Paces Ferry Road NE., Suite 900
Atlanta, Georgia 30326

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**WILLIAM T. WALSH**

CLERK

**ELISAVETA KALLUCI**

(By) DEPUTY CLERK



**ISSUED ON 2017–03–16 10:23:21**, Clerk
USDC NJD

**RETURN OF SERVICE**

| Service of the Summons and complaint was made by me(1) | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and

discretion then residing therein.

☐ Name of person with whom the summons and complaint were left:_____

☐ Returned unexecuted:_____

_____

_____

☐ Other (specify) :_____

_____

_____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    _____    _____
                      Date                        *Signature of Server*

                                            _____

                                            *Address of Server*



**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
ATLANTA REGIONAL OFFICE
950 East Paces Ferry Road, N.E., Suite 900
Atlanta, Georgia  30326-1382**

W. Shawn Murnahan                                          Telephone:  (404) 842-7669
Senior Trial Counsel                                        Facsimile:  (703) 813-9364

March 17, 2017

<u>VIA UNITED PARCEL SERVICE</u>
Lori Sharpe Day, Esq.
The Ashcroft Law Firm, LLC
1101 Pennsylvania Avenue
Washington, D.C. 20004

> **Re:**   *SEC v. One or More Unknown Traders in the Securities of Fortress Investment Group, LLC,* Civil Action No. 17-CV-1287 (D.N.J.) – Service of Summons

Dear Ms. Day:

Pursuant to Rule 4 of the Federal Rules of Civil Procedure and Section VI.A of the Temporary Restraining Order Freezing Assets, Granting Other Relief, and Order to Show Cause (the "TRO") entered on February 24, 2017 in the above-referenced action, attached are copies of the following documents:

- Summons
- Complaint
- TRO

The Complaint and the TRO have been provided to you previously and are included herein for your convenience.

Pursuant to Section VI.A of the TRO, we are serving you as counsel to Fidus Wealth Management, a broker and/or agent of individuals or entities who traded in securities of Fortress Investment Group LLC (the "Fortress Traders") between February 10, 2017 and February 15, 2017.  Please forward the enclosed materials to each Fortress Trader for whom Fidus acts as a broker or agent and confirm in writing that you have done so.  Please include in your confirmation the name of each Fortress Trader to whom you forwarded the materials and the date and manner in which you forwarded them.

Mark Trafeli
March 17, 2017
Page 2

Very truly yours,

W. Shawn Murnahan

Enclosures

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,**
*Plaintiff*

V.        **SUMMONS IN A CIVIL CASE**

**ONE OR MORE UNKNOWN TRADERS IN
THE SECURITIES OF FORTRESS
INVESTMENT GROUP, LLC. ,**
*Defendant*

CASE NUMBER: **2–17–CV–01287–CCC–MF**

TO: *(Name and address of Defendant):*

One or More Unknown Traders in the Securities of Fortress Investment Group, LLC
℅ Fidus Wealth Management
Lori Sharpe Day, Esq.
The Ashcroft Law Firm, LLC
1101 Pennsylvania Avenue
Washington, D.C. 20004

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) –– or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) –– you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff`s attorney, whose name and address are:

W. Shawn Murnahan, Esq.
U.S. Securities and Exchange Commission
Atlanta Regional Office
950 East Paces Ferry Road NE., Suite 900
Atlanta, Georgia 30326

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**WILLIAM T. WALSH**

CLERK

**ELISAVETA KALLUCI**

(By) DEPUTY CLERK



**ISSUED ON 2017–03–16 10:23:21**, Clerk
USDC NJD

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

☐ Name of person with whom the summons and complaint were left:_____

☐ Returned unexecuted:_____
_____
_____

☐ Other (specify) :_____
_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    _____    _____
                      Date                *Signature of Server*

                                      _____
                                        *Address of Server*



**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
ATLANTA REGIONAL OFFICE
950 East Paces Ferry Road, N.E., Suite 900
Atlanta, Georgia  30326-1382**

W. Shawn Murnahan                                    Telephone:  (404) 842-7669
Senior Trial Counsel                                  Facsimile:  (703) 813-9364

March 17, 2017

VIA UNITED PARCEL SERVICE
Richard Mulcahy
Compliance – Regulatory Inquiries and Exams
UBS Securities, LLC
1285 Avenue of the Americas
New York, NY 10001

     **Re:**    *SEC v. One or More Unknown Traders in the Securities of Fortress Investment
         Group, LLC,* Civil Action No. 17-CV-1287 (D.N.J.) – Service of Summons

Dear Mr. Mulcahy:

     Pursuant to Rule 4 of the Federal Rules of Civil Procedure and Section VI.A of the
Temporary Restraining Order Freezing Assets, Granting Other Relief, and Order to Show Cause
(the "TRO") entered on February 24, 2017 in the above-referenced action, attached are copies of
the following documents:

- Summons
- Complaint
- TRO

The Complaint and the TRO have been provided to you previously and are included herein for
your convenience.

     Pursuant to Section VI.A of the TRO, we are serving you as the broker and/or agent of
individuals or entities who traded in securities of Fortress Investment Group LLC (the "Fortress
Traders") between February 10, 2017 and February 15, 2017.  Please forward the enclosed
materials to each Fortress Trader for whom UBS Securities, LLC acts as a broker or agent and
confirm in writing that you have done so.  Please include in your confirmation the name of each
Fortress Trader to whom you forwarded the materials and the date and manner in which you
forwarded them.

Richard Mulcahy
March 17, 2017
Page 2

Very truly yours,

W  Shawn Murnahan

Enclosures

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,**
*Plaintiff*

V.                         **SUMMONS IN A CIVIL CASE**

**ONE OR MORE UNKNOWN TRADERS IN
THE SECURITIES OF FORTRESS
INVESTMENT GROUP, LLC. ,**
*Defendant*

CASE NUMBER: **2:17–CV–01287–CCC–MF**

TO: *(Name and address of Defendant):*

One or More Unknown Traders in the Securities of Fortress Investment Group, LLC
% Richard Mulcahy
Compliance – Regulatory Inquiries and Exams
UBS Securities, LLC
1285 Avenue of the Americas
New York, NY 10001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) –– or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) –– you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff`s attorney, whose name and address are:

> W. Shawn Murnahan, Esq.
> U.S. Securities and Exchange Commission
> Atlanta Regional Office
> 950 East Paces Ferry Road NE., Suite 900
> Atlanta, Georgia 30326

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**WILLIAM T. WALSH**
CLERK

**ELISAVETA KALLUCI**
(By) DEPUTY CLERK



**ISSUED ON 2017–03–16 10:23:21**, Clerk
USDC NJD

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

☐ Name of person with whom the summons and complaint were left:_____

☐ Returned unexecuted:_____
_____
_____

☐ Other (specify) :_____
_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    _____          _____
                        Date                                    *Signature of Server*

                                                          _____
                                                          *Address of Server*



**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
ATLANTA REGIONAL OFFICE
950 East Paces Ferry Road, N.E., Suite 900
Atlanta, Georgia  30326-1382**

W. Shawn Murnahan                                   Telephone:  (404) 842-7669
Senior Trial Counsel                                      Facsimile:  (703) 813-9364

March 17, 2017

<u>VIA UNITED PARCEL SERVICE</u>
Carroll Berry-Walsh
UBS Ltd.
5 Broadgate
Floor Number 10
London, EC2M2QS
GB

> **Re:**   *SEC v. One or More Unknown Traders in the Securities of Fortress Investment Group, LLC,* Civil Action No. 17-CV-1287 (D.N.J.) – Service of Summons

Dear Ms. Berry-Walsh:

Pursuant to Rule 4 of the Federal Rules of Civil Procedure and Section VI.A of the Temporary Restraining Order Freezing Assets, Granting Other Relief, and Order to Show Cause (the "TRO") entered on February 24, 2017 in the above-referenced action, attached are copies of the following documents:

- Summons
- Complaint
- TRO

The Complaint and the TRO have been provided to you previously and are included herein for your convenience.

Pursuant to Section VI.A of the TRO, we are serving you as the broker and/or agent of individuals or entities who traded in securities of Fortress Investment Group LLC (the "Fortress Traders") between February 10, 2017 and February 15, 2017.  Please forward the enclosed materials to each Fortress Trader for whom UBS Ltd. acts as a broker or agent and confirm in writing that you have done so.  Please include in your confirmation the name of each Fortress Trader to whom you forwarded the materials and the date and manner in which you forwarded them.

Carroll Berry-Walsh
March 17, 2017
Page 2

Very truly yours,

W  Shawn Murnahan

Enclosures

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,**
*Plaintiff*

V.                    **SUMMONS IN A CIVIL CASE**

**ONE OR MORE UNKNOWN TRADERS IN
THE SECURITIES OF FORTRESS
INVESTMENT GROUP, LLC. ,**
*Defendant*

CASE NUMBER: **2:17–CV–01287–CCC–MF**

TO: *(Name and address of Defendant):*

One or More Unknown Traders in the Securities of Fortress Investment Group, LLC
% Carroll Berry-Walsh
UBS Ltd.
5 Broadgate
Floor Number 10
London, EC2M2QS
GB

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it)
–– or 60 days if you are the United States or a United States Agency, or an office or employee of
the United States described in Fed. R. civ. P. 12 (a)(2) or (3) –– you must serve on the plaintiff
an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil
Procedure. The answer or motion must be served on the plaintiff or plaintiff`s attorney, whose
name and address are:

W. Shawn Murnahan, Esq.
U.S. Securities and Exchange Commission
Atlanta Regional Office
950 East Paces Ferry Road NE., Suite 900
Atlanta, Georgia 30326

If you fail to respond, judgment by default will be entered against you for the relief
demanded in the complaint. You also must file your answer or motion with the court.

**WILLIAM T. WALSH**
CLERK

**ELISAVETA KALLUCI**
(By) DEPUTY CLERK



**ISSUED ON 2017–03–16 10:23:21**, Clerk
USDC NJD

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and

discretion then residing therein.

☐ Name of person with whom the summons and complaint were left:_____

☐ Returned unexecuted:_____

_____

_____

☐ Other (specify) :_____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                        Date                          *Signature of Server*

                                          _____
                                          *Address of Server*



**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
ATLANTA REGIONAL OFFICE
950 East Paces Ferry Road, N.E., Suite 900
Atlanta, Georgia  30326-1382**

W. Shawn Murnahan                                    Telephone:  (404) 842-7669
Senior Trial Counsel                                     Facsimile:  (703) 813-9364

March 17, 2017

VIA UNITED PARCEL SERVICE
Carroll Berry-Walsh
UBS AG
London Branch
3 Finsbury Avenue
London EC2M2PA
GB

**Re:**   *SEC v. One or More Unknown Traders in the Securities of Fortress Investment
Group, LLC,* Civil Action No. 17-CV-1287 (D.N.J.) – Service of Summons

Dear Ms. Berry-Walsh:

Pursuant to Rule 4 of the Federal Rules of Civil Procedure and Section VI.A of the
Temporary Restraining Order Freezing Assets, Granting Other Relief, and Order to Show Cause
(the "TRO") entered on February 24, 2017 in the above-referenced action, attached are copies of
the following documents:

- Summons
- Complaint
- TRO

The Complaint and the TRO have been provided to you previously and are included herein for
your convenience.

Pursuant to Section VI.A of the TRO, we are serving you as the broker and/or agent of
individuals or entities who traded in securities of Fortress Investment Group LLC (the "Fortress
Traders") between February 10, 2017 and February 15, 2017.  Please forward the enclosed
materials to each Fortress Trader for whom UBS AG acts as a broker or agent and confirm in
writing that you have done so.  Please include in your confirmation the name of each Fortress
Trader to whom you forwarded the materials and the date and manner in which you forwarded
them.

Carroll Berry-Walsh
March 17, 2017
Page 2

Very truly yours,

W. Shawn Murnahan

Enclosures

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,**
*Plaintiff*

V.       **SUMMONS IN A CIVIL CASE**

**ONE OR MORE UNKNOWN TRADERS IN
THE SECURITIES OF FORTRESS
INVESTMENT GROUP, LLC. ,**
*Defendant*

CASE NUMBER: **2:17–CV–01287–CCC–MF**

TO: *(Name and address of Defendant):*

One or More Unknown Traders in the Securities of Fortress Investment Group, LLC
℅ Carroll Berry-Walsh
UBS AG
London Branch
3 Finsbury Avenue
London, EC2M2PA
GB

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) –– or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) –– you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff`s attorney, whose name and address are:

W. Shawn Murnahan, Esq.
U.S. Securities and Exchange Commission
Atlanta Regional Office
950 East Paces Ferry Road NE., Suite 900
Atlanta, Georgia 30326

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**WILLIAM T. WALSH**

CLERK

**ELISAVETA KALLUCI**

(By) DEPUTY CLERK



**ISSUED ON 2017–03–16 10:23:21**, Clerk
USDC NJD

**RETURN OF SERVICE**

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and

discretion then residing therein.

☐ Name of person with whom the summons and complaint were left:_____

☐ Returned unexecuted:_____

_____

_____

☐ Other (specify) :_____

_____

_____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   _____    _____
                      Date              *Signature of Server*

                                        _____
                                         *Address of Server*



**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**ATLANTA REGIONAL OFFICE**
**950 East Paces Ferry Road, N.E., Suite 900**
**Atlanta, Georgia  30326-1382**

W. Shawn Murnahan                                    Telephone:  (404) 842-7669
Senior Trial Counsel                                    Facsimile:  (703) 813-9364

                                    March 17, 2017

<u>VIA UNITED PARCEL SERVICE</u>
Elizabeth P. Gray, Esq.
Willkie Farr & Gallagher LLP
1875 K Street NW
Washington, D.C. 20006-1238

      **Re:**    *SEC v. One or More Unknown Traders in the Securities of Fortress Investment Group, LLC,* Civil Action No. 17-CV-1287 (D.N.J.) – Service of Summons

Dear Ms. Gray:

      Pursuant to Rule 4 of the Federal Rules of Civil Procedure and Section VI.A of the Temporary Restraining Order Freezing Assets, Granting Other Relief, and Order to Show Cause (the "TRO") entered on February 24, 2017 in the above-referenced action, attached are copies of the following documents:

- Summons
- Complaint
- TRO

The Complaint and the TRO have been provided previously and are included herein for your convenience.

      Pursuant to Section VI.A of the TRO, we are serving you as counsel for individuals or entities who traded in securities of Fortress Investment Group LLC (the "Fortress Traders") between February 10, 2017 and February 15, 2017.  Please forward the enclosed materials to each Fortress Trader for whom you or your firm acts as counsel and confirm in writing that you have done so.  Please include in your confirmation the name of each Fortress Trader to whom you forwarded the materials and the date and manner in which you forwarded them.

Elizabeth P. Gray, Esq.
March 17, 2017
Page 2


Very truly yours,

W. Shawn Murnahan


Enclosures

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,**
*Plaintiff*

V.　　　　　　　**SUMMONS IN A CIVIL CASE**

**ONE OR MORE UNKNOWN TRADERS IN
THE SECURITIES OF FORTRESS
INVESTMENT GROUP, LLC. ,**
*Defendant*

CASE NUMBER: **2:17–CV–01287–CCC–MF**

TO: *(Name and address of Defendant):*

One or More Unknown Traders in the Securities of Fortress Investment Group, LLC
℅ Elizabeth P. Gray, Esq.
Willkie Farr & Gallagher LLP
1875 K Street NW
Washington, D.C. 20006-1238

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) —– or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) —– you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff`s attorney, whose name and address are:

　　　W. Shawn Murnahan, Esq.
　　　U.S. Securities and Exchange Commission
　　　Atlanta Regional Office
　　　950 East Paces Ferry Road NE., Suite 900
　　　Atlanta, Georgia 30326

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**WILLIAM T. WALSH**
CLERK

**ELISAVETA KALLUCI**
(By) DEPUTY CLERK



**ISSUED ON 2017–03–16 10:23:21**, Clerk
USDC NJD

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE |
|---|---|
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

☐ Name of person with whom the summons and complaint were left:_____

☐ Returned unexecuted:_____

_____

_____

☐ Other (specify) :_____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                        Date                          *Signature of Server*

                                          _____
                                          *Address of Server*



**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**ATLANTA REGIONAL OFFICE**
**950 East Paces Ferry Road, N.E., Suite 900**
**Atlanta, Georgia  30326-1382**

W. Shawn Murnahan                                    Telephone:  (404) 842-7669
Senior Trial Counsel                                 Facsimile:  (703) 813-9364

March 17, 2017

<u>VIA UNITED PARCEL SERVICE</u>
Daniel P. Filor, Esq.
Greenberg Traurig, LLP
MetLife Building
200 Park Avenue
New York, NY 10166

>     **Re:**   *SEC v. One or More Unknown Traders in the Securities of Fortress Investment*
>              *Group, LLC,* Civil Action No. 17-CV-1287 (D.N.J.) – Service of Summons

Dear Mr. Filor:

Pursuant to Rule 4 of the Federal Rules of Civil Procedure and Section VI.A of the Temporary Restraining Order Freezing Assets, Granting Other Relief, and Order to Show Cause (the "TRO") entered on February 24, 2017 in the above-referenced action, attached are copies of the following documents:

- Summons
- Complaint
- TRO

The Complaint and the TRO have been provided previously and are included herein for your convenience.

Pursuant to Section VI.A of the TRO, we are serving you as counsel for individuals or entities who traded in securities of Fortress Investment Group LLC (the "Fortress Traders") between February 10, 2017 and February 15, 2017.  Please forward the enclosed materials to each Fortress Trader for whom you or your firm acts as counsel and confirm in writing that you have done so.  Please include in your confirmation the name of each Fortress Trader to whom you forwarded the materials and the date and manner in which you forwarded them.

Daniel P. Filor, Esq.
March 17, 2017
Page 2

Very truly yours,

W. Shawn Murnahan

Enclosures

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,**
*Plaintiff*

V.  **SUMMONS IN A CIVIL CASE**

**ONE OR MORE UNKNOWN TRADERS IN
THE SECURITIES OF FORTRESS
INVESTMENT GROUP, LLC. ,**
*Defendant*

CASE NUMBER: **2–17–CV–01287–CCC–MF**

TO: *(Name and address of Defendant):*

One or More Unknown Traders in the Securities of Fortress Investment Group, LLC
% Daniel P. Filor, Esq.
Greenberg Traurig, LLP
MetLife Building
200 Park Avenue
New York, NY 10166

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) —— or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) —— you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff`s attorney, whose name and address are:

W. Shawn Murnahan, Esq.
U.S. Securities and Exchange Commission
Atlanta Regional Office
950 East Paces Ferry Road NE., Suite 900
Atlanta, Georgia 30326

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**WILLIAM T. WALSH**
CLERK

**ELISAVETA KALLUCI**
(By) DEPUTY CLERK

**ISSUED ON 2017–03–16 10:23:21**, Clerk
USDC NJD

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

☐ Name of person with whom the summons and complaint were left:_____

☐ Returned unexecuted:_____
_____
_____

☐ Other (specify) :_____
_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
　　　　　　　　　　　Date　　　　　　　　　　*Signature of Server*

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　*Address of Server*