EXHIBIT B

| From: | UPS Quantum View |
|---|---|
| To: | Jorjoladze, Nana |
| Subject: | UPS Delivery Notification, Tracking Number 1ZA3749ADA97833505 |
| Date: | Monday, March 20, 2017 8:24:46 AM |



## Your parcel has been delivered.

**Delivery Date:**   Monday, 20/03/2017
**Delivery Time:**     12:13

At the request of SEC ATLANTA REG OFFICE, this notice alerts you that the status of the shipment listed below has changed.

## Shipment Detail

| Tracking Number: | **1ZA3749ADA97833505** |
|---|---|
| Ship To: | R.J. O'Brien Ltd.<br>52 UPPER ST<br>LONDON, N1 0<br>GB |
| UPS Service: | UPS WORLDWIDE SAVER |
| Number of Packages: | 1 |
| Shipment Type: | Letter |
| Delivery Location: | OFFICE |
| Signature Obtained | |
| Reference Number 1: | fortress-wsm |

 Download the UPS mobile app

© 2017 United Parcel Service of America, Inc. UPS, the UPS brandmark, and the colour brown are trademarks of United Parcel Service of America, Inc. All rights reserved.

All trademarks, trade names, or service marks that appear in connection with UPS's services are the property of their respective owners.

Please do not reply directly to this email. UPS will not receive any reply message.
For more information on UPS's privacy practices, refer to the UPS Privacy Notice.
For questions or comments, visit Contact UPS.

This communication contains proprietary information and may be confidential. If you are not the intended recipient, the reading, copying, disclosure or other use of the contents of this email is strictly prohibited and you are instructed to please delete this email immediately.

**UPS Privacy Notice**

**From:**  UPS Quantum View
**To:**  Jorjoladze, Nana
**Subject:**  UPS Delivery Notification, Tracking Number 1ZA3749AA298615699
**Date:**  Monday, March 20, 2017 9:57:57 AM



## Your package has been delivered.

**Delivery Date:**   Monday, 03/20/2017
**Delivery Time:**   09:50 AM

At the request of SEC ATLANTA REG OFFICE, this notice alerts you that the status of the shipment listed below has changed.

## Shipment Detail

| | |
|---|---|
| **Tracking Number:** | 1ZA3749AA298615699 |
| **Ship To:** | Steven Gatti, Esq., |
| | Clifford Chance |
| | 2001 K ST NW |
| | FLOOR 9 |
| | WASHINGTON, DC 20006 |
| | US |
| **UPS Service:** | UPS NEXT DAY AIR |
| **Number of Packages:** | 1 |
| **Shipment Type:** | Letter |
| **Delivery Location:** | MAIL ROOM |
| **Signed by:** | DEBRUHL |
| **Signature Required:** | Adult must be at least 21 years of age |
| **Reference Number 1:** | fortress-wsm |

 Get the UPS My Choice app for Facebook

 Download the UPS mobile app

© 2017 United Parcel Service of America, Inc. UPS, the UPS brandmark, and the color brown are trademarks of United Parcel Service of America, Inc. All rights reserved.

All trademarks, trade names, or service marks that appear in connection with UPS's services are the property of their respective owners.

Please do not reply directly to this e-mail. UPS will not receive any reply message.
For more information on UPS's privacy practices, refer to the UPS Privacy Notice.
For questions or comments, visit Contact UPS.

This communication contains proprietary information and may be confidential. If you are not the intended

recipient, the reading, copying, disclosure or other use of the contents of this e-mail is strictly prohibited and you are instructed to please delete this e-mail immediately.

**UPS Privacy Notice**

**Contact UPS**

**Murnahan, Shawn**

| | |
|---|---|
| **From:** | UPS Quantum View <pkginfo@ups.com> |
| **Sent:** | Monday, March 20, 2017 6:12 AM |
| **To:** | Bosch, Thomas |
| **Subject:** | UPS Delivery Notification, Tracking Number 1ZA3749ADA96620451 |

**Your parcel has been delivered.**

**Delivery Date:** Monday, 20/03/2017
**Delivery Time:** 10:04

At the request of SEC ATLANTA REG OFFICE, this notice alerts you that the status of the shipment listed below has changed.

# Shipment Detail

| | |
|---|---|
| **Tracking Number:** | **1ZA3749ADA96620451** |
| **Ship To:** | Robert Falkner, Esq.<br>20 PRIMROSE ST<br>LONDON, EC2A 2<br>GB |
| **UPS Service:** | UPS WORLDWIDE SAVER |
| **Number of Packages:** | 1 |
| **Shipment Type:** | Letter |
| **Delivery Location:** | RECEPTION |
| **Signature Obtained** | |
| **Reference Number 1:** | fortress-wsm |

Download the UPS mobile app

© 2017 United Parcel Service of America, Inc. UPS, the UPS brandmark, and the colour brown are trademarks of United Parcel Service of America, Inc. All rights reserved.

All trademarks, trade names, or service marks that appear in connection with UPS's services are the

property of their respective owners.

Please do not reply directly to this email. UPS will not receive any reply message.
For more information on UPS's privacy practices, refer to the UPS Privacy Notice.
For questions or comments, visit Contact UPS.

This communication contains proprietary information and may be confidential. If you are not the intended recipient, the reading, copying, disclosure or other use of the contents of this email is strictly prohibited and you are instructed to please delete this email immediately.

**UPS Privacy Notice**

**Contact UPS**



2

**From:**    UPS Quantum View
**To:**    Jorjoladze, Nana
**Subject:**    UPS Delivery Notification, Tracking Number 1ZA3749AA299081488
**Date:**    Wednesday, March 22, 2017 11:04:21 AM



## Your package has been delivered.

**Delivery Date:**    Wednesday, 03/22/2017
**Delivery Time:**    09:59 AM

At the request of SEC ATLANTA REG OFFICE, this notice alerts you that the status of the shipment listed below has changed.

## Shipment Detail

| | |
|---|---|
| **Tracking Number:** | **1ZA3749AA299081488** |
| **Ship To:** | Lori Sharpe Day, Esq.<br>The Ashcroft Law Firm, LLC<br>222 S CENTRAL AVE<br>ROOM 110<br>SAINT LOUIS, MO 63105<br>US |
| **UPS Service:** | UPS NEXT DAY AIR |
| **Number of Packages:** | 1 |
| **Shipment Type:** | Letter |
| **Delivery Location:** | OFFICE |
| **Signed by:** | OVERBY |
| **Signature Required:** | Adult must be at least 21 years of age |
| **Reference Number 1:** | fortress |

 Get the UPS My Choice app for Facebook

 Download the UPS mobile app

© 2017 United Parcel Service of America, Inc. UPS, the UPS brandmark, and the color brown are trademarks of United Parcel Service of America, Inc. All rights reserved.

All trademarks, trade names, or service marks that appear in connection with UPS's services are the property of their respective owners.

Please do not reply directly to this e-mail. UPS will not receive any reply message.
For more information on UPS's privacy practices, refer to the UPS Privacy Notice.
For questions or comments, visit Contact UPS.

This communication contains proprietary information and may be confidential. If you are not the intended

recipient, the reading, copying, disclosure or other use of the contents of this e-mail is strictly prohibited and you are instructed to please delete this e-mail immediately.

**UPS Privacy Notice**

**Contact UPS**



**From:** UPS Quantum View
**To:** Jorioladze, Nana
**Subject:** UPS Delivery Notification, Tracking Number 1ZA3749AA299748535
**Date:** Monday, March 20, 2017 11:15:25 AM



## Your package has been delivered.

**Delivery Date:**   Monday, 03/20/2017
**Delivery Time:**   11:06 AM

At the request of SEC ATLANTA REG OFFICE, this notice alerts you that the status of the shipment listed below has changed.

## Shipment Detail

| | |
|---|---|
| **Tracking Number:** | 1ZA3749AA299748535 |
| **Ship To:** | Richard Mulcahy<br>UBS Securities, LLC<br>1285 AVENUE OF THE AMERICAS<br>ROOM 17TH FL<br>NEW YORK, NY 10019<br>US |
| **UPS Service:** | UPS NEXT DAY AIR |
| **Number of Packages:** | 1 |
| **Shipment Type:** | Letter |
| **Delivery Location:** | FRONT DESK |
| **Signed by:** | PATEL |
| **Signature Required:** | Adult must be at least 21 years of age |
| **Reference Number 1:** | fortress-wsm |

 Get the UPS My Choice app for Facebook

 Download the UPS mobile app

© 2017 United Parcel Service of America, Inc. UPS, the UPS brandmark, and the color brown are trademarks of United Parcel Service of America, Inc. All rights reserved.

All trademarks, trade names, or service marks that appear in connection with UPS's services are the property of their respective owners.

Please do not reply directly to this e-mail. UPS will not receive any reply message.
For more information on UPS's privacy practices, refer to the UPS Privacy Notice.
For questions or comments, visit Contact UPS.

This communication contains proprietary information and may be confidential. If you are not the intended

recipient, the reading, copying, disclosure or other use of the contents of this e-mail is strictly prohibited and you are instructed to please delete this e-mail immediately.

**UPS Privacy Notice**

**Contact UPS**



| | |
|---|---|
| **From:** | UPS Quantum View |
| **To:** | Jorjoladze, Nana |
| **Subject:** | UPS Delivery Notification, Tracking Number 1ZA3749ADA99383926 |
| **Date:** | Monday, March 20, 2017 12:23:40 PM |



### Your parcel has been delivered.

**Delivery Date:**   Monday, 20/03/2017
**Delivery Time:**   16:14

At the request of SEC ATLANTA REG OFFICE, this notice alerts you that the status of the shipment listed below has changed.

## Shipment Detail

| | |
|---|---|
| **Tracking Number:** | **1ZA3749ADA99383926** |
| **Ship To:** | Carroll Berry-Walsh<br>5 BROADGATE<br>LONDON, EC2M 2<br>GB |
| **UPS Service:** | UPS WORLDWIDE SAVER |
| **Number of Packages:** | 1 |
| **Shipment Type:** | Letter |
| **Delivery Location:** | MAIL ROOM |
| **Signature Obtained** | |
| **Reference Number 1:** | fortress-wsm |

 Download the UPS mobile app

© 2017 United Parcel Service of America, Inc. UPS, the UPS brandmark, and the colour brown are trademarks of United Parcel Service of America, Inc. All rights reserved.

All trademarks, trade names, or service marks that appear in connection with UPS's services are the property of their respective owners.

Please do not reply directly to this email. UPS will not receive any reply message.
For more information on UPS's privacy practices, refer to the UPS Privacy Notice.
For questions or comments, visit Contact UPS.

This communication contains proprietary information and may be confidential. If you are not the intended recipient, the reading, copying, disclosure or other use of the contents of this email is strictly prohibited and you are instructed to please delete this email immediately.

**UPS Privacy Notice**

**From:**     UPS Quantum View
**To:**     Jorjoladze, Nana
**Subject:**     UPS Delivery Notification, Tracking Number 1ZA3749ADA99383926
**Date:**     Monday, March 20, 2017 12:23:40 PM



**Your parcel has been delivered.**

**Delivery Date:**    Monday, 20/03/2017
**Delivery Time:**    16:14

At the request of SEC ATLANTA REG OFFICE, this notice alerts you that the status of the shipment listed below has changed.

## Shipment Detail

| | |
|---|---|
| **Tracking Number:** | 1ZA3749ADA99383926 |
| **Ship To:** | Carroll Berry-Walsh<br>5 BROADGATE<br>LONDON, EC2M 2<br>GB |
| **UPS Service:** | UPS WORLDWIDE SAVER |
| **Number of Packages:** | 1 |
| **Shipment Type:** | Letter |
| **Delivery Location:** | MAIL ROOM |
| **Signature Obtained** | |
| **Reference Number 1:** | fortress-wsm |

 Download the UPS mobile app

© 2017 United Parcel Service of America, Inc. UPS, the UPS brandmark, and the colour brown are trademarks of United Parcel Service of America, Inc. All rights reserved.

All trademarks, trade names, or service marks that appear in connection with UPS's services are the property of their respective owners.

Please do not reply directly to this email. UPS will not receive any reply message.
For more information on UPS's privacy practices, refer to the UPS Privacy Notice.
For questions or comments, visit Contact UPS.

This communication contains proprietary information and may be confidential. If you are not the intended recipient, the reading, copying, disclosure or other use of the contents of this email is strictly prohibited and you are instructed to please delete this email immediately.

**UPS Privacy Notice**

**From:** UPS Quantum View
**To:** Jorjoladze, Nana
**Subject:** UPS Delivery Notification, Tracking Number 1ZA3749ADA99710910
**Date:** Monday, March 20, 2017 12:23:14 PM



### Your parcel has been delivered.

**Delivery Date:**   Monday, 20/03/2017
**Delivery Time:**   16:14

At the request of SEC ATLANTA REG OFFICE, this notice alerts you that the status of the shipment listed below has changed.

## Shipment Detail

| | |
|---|---|
| **Tracking Number:** | **1ZA3749ADA99710910** |
| **Ship To:** | Carroll Berry-Walsh<br>5 BROADGATE<br>LONDON, EC2M 2<br>GB |
| **UPS Service:** | UPS WORLDWIDE SAVER |
| **Number of Packages:** | 1 |
| **Shipment Type:** | Letter |
| **Delivery Location:** | MAIL ROOM |
| **Signature Obtained** | |
| **Reference Number 1:** | fortress-wsm |

 Download the UPS mobile app

© 2017 United Parcel Service of America, Inc. UPS, the UPS brandmark, and the colour brown are trademarks of United Parcel Service of America, Inc. All rights reserved.

All trademarks, trade names, or service marks that appear in connection with UPS's services are the property of their respective owners.

Please do not reply directly to this email. UPS will not receive any reply message.
For more information on UPS's privacy practices, refer to the UPS Privacy Notice.
For questions or comments, visit Contact UPS.

This communication contains proprietary information and may be confidential. If you are not the intended recipient, the reading, copying, disclosure or other use of the contents of this email is strictly prohibited and you are instructed to please delete this email immediately.

**UPS Privacy Notice**

| From: | UPS Quantum View |
|---|---|
| To: | Jorjoladze, Nana |
| Subject: | UPS Delivery Notification, Tracking Number 1ZA3749AA298814876 |
| Date: | Monday, March 20, 2017 10:05:09 AM |



## Your package has been delivered.

| Delivery Date: | Monday, 03/20/2017 |
|---|---|
| Delivery Time: | 09:55 AM |

At the request of SEC ATLANTA REG OFFICE, this notice alerts you that the status of the shipment listed below has changed.

## Shipment Detail

| Tracking Number: | 1ZA3749AA298814876 |
|---|---|
| Ship To: | Elizabeth P. Gray, Esq.<br>Willkie Farr &Gallagher LLP<br>1875 K ST NW<br>ROOM 100<br>WASHINGTON, DC 20006<br>US |
| UPS Service: | UPS NEXT DAY AIR |
| Number of Packages: | 1 |
| Shipment Type: | Letter |
| Delivery Location: | OFFICE |
| Signed by: | COVINGTON |
| Signature Required: | Adult must be at least 21 years of age |
| Reference Number 1: | fortress |

 Get the UPS My Choice app for Facebook

 Download the UPS mobile app

© 2017 United Parcel Service of America, Inc. UPS, the UPS brandmark, and the color brown are trademarks of United Parcel Service of America, Inc. All rights reserved.

All trademarks, trade names, or service marks that appear in connection with UPS's services are the property of their respective owners.

Please do not reply directly to this e-mail. UPS will not receive any reply message.
For more information on UPS's privacy practices, refer to the UPS Privacy Notice.
For questions or comments, visit Contact UPS.

This communication contains proprietary information and may be confidential. If you are not the intended

recipient, the reading, copying, disclosure or other use of the contents of this e-mail is strictly prohibited and you are instructed to please delete this e-mail immediately.

**UPS Privacy Notice**

**Contact UPS**



| | |
|---|---|
| **From:** | UPS Quantum View |
| **To:** | Jorjoladze, Nana |
| **Subject:** | UPS Delivery Notification, Tracking Number 1ZA3749AA296359863 |
| **Date:** | Monday, March 20, 2017 10:05:11 AM |



## Your package has been delivered.

**Delivery Date:**   Monday, 03/20/2017
**Delivery Time:**   10:00 AM

At the request of SEC ATLANTA REG OFFICE, this notice alerts you that the status of the shipment listed below has changed.

## Shipment Detail

| | |
|---|---|
| **Tracking Number:** | **1ZA3749AA296359863** |
| **Ship To:** | Daniel P. Filor, Esq.<br>Greenberg Traurig, LLP<br>200 PARK AVE<br>FLOOR 39<br>NEW YORK, NY 10166<br>US |
| **UPS Service:** | UPS NEXT DAY AIR |
| **Number of Packages:** | 1 |
| **Shipment Type:** | Letter |
| **Delivery Location:** | MAIL ROOM |
| **Signed by:** | JAMAL |
| **Signature Required:** | Adult must be at least 21 years of age |
| **Reference Number 1:** | fortress_wsm |

 Get the UPS My Choice app for Facebook

 Download the UPS mobile app

© 2017 United Parcel Service of America, Inc. UPS, the UPS brandmark, and the color brown are trademarks of United Parcel Service of America, Inc. All rights reserved.

All trademarks, trade names, or service marks that appear in connection with UPS's services are the property of their respective owners.

Please do not reply directly to this e-mail. UPS will not receive any reply message.
For more information on UPS's privacy practices, refer to the UPS Privacy Notice.
For questions or comments, visit Contact UPS.

This communication contains proprietary information and may be confidential. If you are not the intended

recipient, the reading, copying, disclosure or other use of the contents of this e-mail is strictly prohibited and you are instructed to please delete this e-mail immediately.

**UPS Privacy Notice**

**Contact UPS**

