# EXHIBIT C

## Murnahan, Shawn

| | |
|---|---|
| **From:** | Bosch, Thomas |
| **Sent:** | Friday, March 17, 2017 4:12 PM |
| **To:** | Mark Trafeli; Stefan Giemza |
| **Cc:** | Murnahan, Shawn; Jorjoladze, Nana; Brunson, Natalie |
| **Subject:** | SEC v. Unknown Traders in Fortress Investment Group LLC, Case No. 2:17-cv-01287-CCC-MF |
| **Attachments:** | Summons_R.J. O'Brien.pdf; 2017-03-17 R.J. O'Brien.pdf; Docket 1 Complaint.pdf; Docket 3 Signed TRO.pdf |

Mark and Stefan:

Attached are courtesy electronic copies of the following documents being mailed to you today:

- Letter dated March 17, 2017
- Summons
- Complaint
- Temporary Restraining Order Freezing Assets, Granting Other Relief, and Order to Show Cause ("TRO")

As explained in the attached cover letter, these documents are being sent to you in your capacity as the broker and/or agent of individuals or entities who traded in securities of Fortress Investment Group LLC (the "Fortress Traders") between February 10, 2017 and February 15, 2017. The cover letter includes instructions regarding providing these materials to the Fortress Traders and confirming to the SEC staff that you have done so.

Please let us know if you have any questions.

Thank you,

Tom

**Thomas B. Bosch**
Counsel
U.S. Securities and Exchange Commission
Enforcement Division, Atlanta Regional Office
(404) 942-0701

1

## Murnahan, Shawn

| | |
|---|---|
| **From:** | Bosch, Thomas |
| **Sent:** | Friday, March 17, 2017 4:15 PM |
| **To:** | Lori Sharpe Day (lday@ashcroftlawfirm.com) |
| **Cc:** | Murnahan, Shawn; Brunson, Natalie; Jorjoladze, Nana |
| **Subject:** | SEC v. Unknown Traders in Fortress Investment Group LLC, Case No. 2:17-cv-01287-CCC-MF |
| **Attachments:** | 2017-03-17 Sharpe, Esq..pdf; Summons_Sharpe, Esq..pdf; Docket 3 Signed TRO.pdf; Docket 1 Complaint.pdf |

Lori:

Attached are courtesy electronic copies of the following documents being mailed to you today:

- Letter dated March 17, 2017
- Summons
- Complaint
- Temporary Restraining Order Freezing Assets, Granting Other Relief, and Order to Show Cause ("TRO")

As explained in the attached cover letter, these documents are being sent to you as counsel for Fidus in its capacity as the broker and/or agent of individuals or entities who traded in securities of Fortress Investment Group LLC (the "Fortress Traders") between February 10, 2017 and February 15, 2017. The cover letter includes instructions regarding providing these materials to the Fortress Traders and confirming to the SEC staff that you have done so.

Please let us know if you have any questions.

Thank you,

Tom

**Thomas B. Bosch**
Counsel
U.S. Securities and Exchange Commission
Enforcement Division, Atlanta Regional Office
(404) 942-0701

1

# Murnahan, Shawn

| | |
|---|---|
| **From:** | Bosch, Thomas |
| **Sent:** | Friday, March 17, 2017 4:18 PM |
| **To:** | Robert Falkner (rfalkner@reedsmith.com) |
| **Cc:** | Brunson, Natalie; Murnahan, Shawn; Jorjoladze, Nana |
| **Subject:** | SEC v. Unknown Traders in Fortress Investment Group LLC, Case No. 2:17-cv-01287-CCC-MF |
| **Attachments:** | 2017-03-17 Falkner, Esq..pdf; Summons_Falkner, Esq..pdf; Docket 3 Signed TRO.pdf; Docket 1 Complaint.pdf |

Robert:

Attached are courtesy electronic copies of the following documents being mailed to you today:

- Letter dated March 17, 2017
- Summons
- Complaint
- Temporary Restraining Order Freezing Assets, Granting Other Relief, and Order to Show Cause ("TRO")

As explained in the attached cover letter, these documents are being sent to you as counsel for Valbury Capital Ltd. in its capacity as the broker and/or agent of individuals or entities who traded in securities of Fortress Investment Group LLC (the "Fortress Traders") between February 10, 2017 and February 15, 2017.  The cover letter includes instructions regarding providing these materials to the Fortress Traders and confirming to the SEC staff that you have done so.

Please let us know if you have any questions.

Thank you,

Tom

**Thomas B. Bosch**
Counsel
U.S. Securities and Exchange Commission
Enforcement Division, Atlanta Regional Office
(404) 942-0701

1

# Murnahan, Shawn

| | |
|---|---|
| **From:** | Bosch, Thomas |
| **Sent:** | Friday, March 17, 2017 4:20 PM |
| **To:** | Steven Gatti (steven.gatti@cliffordchance.com) |
| **Cc:** | Brunson, Natalie; Murnahan, Shawn; Jorjoladze, Nana |
| **Subject:** | SEC v. Unknown Traders in Fortress Investment Group LLC, Case No. 2:17-cv-01287-CCC-MF |
| **Attachments:** | 2017-03-17 Maybank.pdf; Summons_Maybank.pdf; Docket 3 Signed TRO.pdf; Docket 1 Complaint.pdf |

Steven:

Attached are courtesy electronic copies of the following documents being mailed to you today:

- Letter dated March 17, 2017
- Summons
- Complaint
- Temporary Restraining Order Freezing Assets, Granting Other Relief, and Order to Show Cause ("TRO")

As explained in the attached cover letter, these documents are being sent to you as counsel for Maybank Kim Eng Securities Pte. Ltd. in its capacity as the broker and/or agent of individuals or entities who traded in securities of Fortress Investment Group LLC (the "Fortress Traders") between February 10, 2017 and February 15, 2017. The cover letter includes instructions regarding providing these materials to the Fortress Traders and confirming to the SEC staff that you have done so.

Please let us know if you have any questions.

Thank you,

Tom

**Thomas B. Bosch**
Counsel
U.S. Securities and Exchange Commission
Enforcement Division, Atlanta Regional Office
(404) 942-0701

1

## Murnahan, Shawn

| | |
|---|---|
| **From:** | Murnahan, Shawn |
| **Sent:** | Friday, March 17, 2017 4:33 PM |
| **To:** | Gray, Elizabeth (EGray@willkie.com) |
| **Cc:** | Bosch, Thomas; Dixon, William S.; Brunson, Natalie; Jorjoladze, Nana (Contractor) (JorjoladzeN@sec.gov); 'Edwards, Abigail'; Wastler, Sarah (SWastler@willkie.com) |
| **Subject:** | SEC v. Unknown Traders in Fortress Investment Group LLC, Case No. 2:17-cv-01287-CCC-MF - Service of Summons |

Liz,

Attached are courtesy electronic copies of the following documents being mailed to you today:

- Letter dated March 17, 2017
- Summons
- Complaint
- Temporary Restraining Order Freezing Assets, Granting Other Relief, and Order to Show Cause ("TRO")

As explained in the attached cover letter, these documents are being sent to you as counsel for individuals or entities who traded in securities of Fortress Investment Group LLC (the "Fortress Traders") between February 10, 2017 and February 15, 2017. The cover letter includes instructions regarding providing these materials to the Fortress Traders and confirming to the SEC staff that you have done so.

Please let me know if you have any questions.

**W. Shawn Murnahan** | Senior Trial Counsel |
U.S. Securities and Exchange Commission | Atlanta Regional Office |
950 East Paces Ferry Road, N.E., Suite 900, Atlanta, Georgia 30326 |
direct: 404 842 7669 | fax: 703 813 9364 | murnahanw@sec.gov



1

## Murnahan, Shawn

| | |
|---|---|
| **From:** | Murnahan, Shawn |
| **Sent:** | Friday, March 17, 2017 4:34 PM |
| **To:** | filord@gtlaw.com |
| **Cc:** | Bosch, Thomas; Dixon, William S.; Brunson, Natalie; Jorjoladze, Nana (Contractor) (JorjoladzeN@sec.gov) |
| **Subject:** | SEC v. Unknown Traders in Fortress Investment Group LLC, Case No. 2:17-cv-01287-CCC-MF - Service of Summons |

Dan,

Attached are courtesy electronic copies of the following documents being mailed to you today:

- Letter dated March 17, 2017
- Summons
- Complaint
- Temporary Restraining Order Freezing Assets, Granting Other Relief, and Order to Show Cause ("TRO")

As explained in the attached cover letter, these documents are being sent to you as counsel for individuals or entities who traded in securities of Fortress Investment Group LLC (the "Fortress Traders") between February 10, 2017 and February 15, 2017. The cover letter includes instructions regarding providing these materials to the Fortress Traders and confirming to the SEC staff that you have done so.

Please let me know if you have any questions.

**W. Shawn Murnahan** | Senior Trial Counsel |
U.S. Securities and Exchange Commission | Atlanta Regional Office |
950 East Paces Ferry Road, N.E., Suite 900, Atlanta, Georgia 30326 |
direct: 404 842 7669 | fax: 703 813 9364 | murnahanw@sec.gov

