# EXHIBIT D

**Brunson, Natalie**

| | |
|---|---|
| **From:** | Mark Trafeli <mtrafeli@rjobrien.com> |
| **Sent:** | Monday, March 20, 2017 11:27 AM |
| **To:** | Bosch, Thomas; Stefan Giemza |
| **Cc:** | Murnahan, Shawn; Jorjoladze, Nana; Brunson, Natalie |
| **Subject:** | RE: SEC v. Unknown Traders in Fortress Investment Group LLC, Case No. 2:17-cv-01287-CCC-MF |
| **Attachments:** | SEC v. Unknown Traders in Fortress Investment Group LLC, Case No. 2:17-cv-01287-CCC-MF |

Dear Tom,

Further to the SEC's request below and the cover letter addressed to me dated 17 March 2017, attached please find the communications sent to the Fortress-related clients in question.

Yours sincerely
Mark Trafeli

**MARK TRAFELI**
**General Counsel EMEA**

mtrafeli@rjobrien.com
d  +44 (0)20 3872 3385
**[Please note that with immediate effect my phone number has changed]**



**RJO 'Brien Limited**
**Business Design Centre, 52 Upper Street**
**Islington, London N1 0QH**
**www.rjobrien.co.uk**

R. J. O'Brien Limited is authorised and regulated by the Financial Conduct Authority and FCA Register Number 114120
(This email, including its contents and attachments (if any) are subject to the RJOUK Email Disclaimer - Standard)

**From:** Bosch, Thomas [mailto:boscht@SEC.GOV]
**Sent:** 17 March 2017 20:12
**To:** Mark Trafeli <mtrafeli@rjobrien.com>; Stefan Giemza <sgiemza@rjobrien.com>
**Cc:** Murnahan, Shawn <MURNAHANW@sec.gov>; Jorjoladze, Nana <JorjoladzeN@sec.gov>; Brunson, Natalie <BrunsonN@sec.gov>
**Subject:** SEC v. Unknown Traders in Fortress Investment Group LLC, Case No. 2:17-cv-01287-CCC-MF

Mark and Stefan:

Attached are courtesy electronic copies of the following documents being mailed to you today:

- Letter dated March 17, 2017
- Summons
- Complaint
- Temporary Restraining Order Freezing Assets, Granting Other Relief, and Order to Show Cause ("TRO")

1

As explained in the attached cover letter, these documents are being sent to you in your capacity as the broker and/or agent of individuals or entities who traded in securities of Fortress Investment Group LLC (the "Fortress Traders") between February 10, 2017 and February 15, 2017.  The cover letter includes instructions regarding providing these materials to the Fortress Traders and confirming to the SEC staff that you have done so.

Please let us know if you have any questions.

Thank you,

Tom

**Thomas B. Bosch**
Counsel
U.S. Securities and Exchange Commission
Enforcement Division, Atlanta Regional Office
(404) 942-0701