# EXHIBIT E

C L I F F O R D
C H A N C E

**CLIFFORD CHANCE US LLP**

2001 K STREET, N.W.
WASHINGTON, DC 20006-1001
TEL +1 202 912 5000
FAX +1 202 912 6000
www.cliffordchance.com

Steven F. Gatti
Partner

DIRECT TEL +1 202 912 5095
steven.gatti@cliffordchance.com

**CONFIDENTIAL TREATMENT REQUESTED
BY CLIFFORD CHANCE U.S. LLP ON BEHALF OF
MAYBANK KIM ENG SECURITIES PTE. LTD.**

April 7, 2017

**Via Email (PDF) and FedEx Overnight Delivery**

Ms. Natalie M. Brunson
Division of Enforcement
U.S. Securities and Exchange Commission
950 East Paces Ferry Road, N.E.
Suite 900
Atlanta, GA  30326-1382

Re:  **In the Matter of SEC v. One of More Unknown Traders in the Securities of Fortress Investment Group, LLC, Civil Action No. 2:17-CV-01287**

Dear Ms. Brunson:

This letter is submitted on behalf of our client, Maybank Kim Eng Securities Pte. Ltd. ("**MKES**") in response to Mr. W. Shawn Murnahan's letter dated March 17, 2017 and Thomas Bosch's email dated March 20, 2017. The letter and email relate to entity accounts (the "**Accounts**") maintained by MKES that may be linked to unlawful transactional activity involving trading in the shares of Fortress Investment Group, LLC ("**FIG**") during the timeframe of February 10, 2017 through February 15, 2017. The underlying traders responsible for the trades at issue are currently subject to a Temporary Restraining Order Freezing Assets, Granting Other Relief, and Order to Show Cause by the United States District Court for the District of New Jersey, Newark Division, ordered on February 24, 2017 (the "**TRO**").

MKES seeks to assist the SEC staff in ensuring compliance by the traders with the TRO to the extent permissible, and in accordance with laws, rules, and regulations applicable to MKES. This letter is to confirm that MKES has forwarded the materials *i.e.*, the "**Court filings**"[1] attached to Mr. Murnahan's March 17 letter and Mr. Bosch's March 20 email. The Court filings were forwarded to: (1) Ms. Rita Khalife, Compliance Manager, Fidus SAL; (2) Mr. David Isaac Ettedgui, Creative Empire Global Limited;

---

[1] These documents are: (i) Summons (Case # 2:17-CV-01287-CCC-MF); (ii) Temporary Restraining Order Freezing Assets, Granting Other Relief, and Order to Show Cause; (iii) Complaint; and (iv) Consent Order Extending TRO Asset Freeze and Other Relief and accompanying docket notification.

**C L I F F O R D**

**C H A N C E**

**CLIFFORD CHANCE US LLP**

**CONFIDENTIAL TREATMENT REQUESTED
BY CLIFFORD CHANCE U.S. LLP ON BEHALF OF
MAYBANK KIM ENG SECURITIES PTE. LTD.**

Ms. Natalie M. Brunson
Division of Enforcement
U.S. Securities and Exchange Commission
April 7, 2017

Page 2

and (3) Jeremy Clivaz, Head of Compliance, Valbury Capital Ltd., by email on March 22, 2017, and receipt was confirmed by the recipients by email on that same date.

MKES has taken the steps described above on a voluntary basis to assist the SEC, and its cooperation shall not be deemed a waiver of any defenses or objections it may have, including lack of personal jurisdiction.

\* \* \* \* \*

Pursuant to SEC regulations regarding confidentiality and other information (17 C.F.R. § 200.83), we request that this letter and any enclosures be given the confidential treatment afforded to trade secrets, commercial information, financial information, and other privileged or confidential material protected from disclosure under the Freedom of Information Act (5 U.S.C. §552(b)). In order to ensure confidentiality, this letter has been marked "Confidential Treatment Requested by Clifford Chance U.S. LLP on Behalf of Maybank Kim Eng Securities Pte. Ltd." In addition, we respectfully request that we, as counsel for the Firm, be notified in the event that the SEC for any reason considers disclosing this letter or its enclosures, or any information herein (in any form) to a third party.

Please do not hesitate to call me if you have any questions.

Very truly yours,

Steven F. Gatti

cc: Lim Sheau Yeng, Maybank Kim Eng Securities Pte. Ltd.
    Thomas Bosch, Esq.
    W. Shawn Murnahan, Esq.