# EXHIBIT F

# Murnahan, Shawn

**From:** Bosch, Thomas
**Sent:** Friday, March 31, 2017 2:39 PM
**To:** Falkner, Robert
**Cc:** Dixon, William S.; Murnahan, Shawn; Brunson, Natalie
**Subject:** RE: FIG

Robert:

I am out next week, but either Natalie or Bill, both copied on this email, will follow up with you regarding the times you proposed.

Thanks,

Tom


**Thomas B. Bosch**
Counsel
U.S. Securities and Exchange Commission
Enforcement Division, Atlanta Regional Office
(404) 942-0701


**From:** Falkner, Robert [mailto:RFalkner@ReedSmith.com]
**Sent:** Friday, March 31, 2017 1:39 PM
**To:** Bosch, Thomas
**Cc:** Dixon, William S.; Murnahan, Shawn; Brunson, Natalie
**Subject:** RE: FIG

Tom,

Would it be possible to speak Tuesday or Wednesday next week at say 12 EST ?

Regards

Rob


**Robert Falkner**
Partner
**Co-Chair - Financial Markets & Regulatory Group**
rfalkner@reedsmith.com
+44 (0)20 3116 2980

Reed Smith
The Broadgate Tower
20 Primrose Street
London EC2A 2RS
T:  +44 (0)20 3116 3000

1

F:  +44 (0)20 3116 3999
DX1066 City / DX18 London
reedsmith.com

---

**From:** Bosch, Thomas [mailto:boscht@SEC.GOV]
**Sent:** 30 March 2017 3:54 PM
**To:** Falkner, Robert
**Cc:** Dixon, William S.; Murnahan, Shawn; Brunson, Natalie
**Subject:** FIG

Robert:

I wanted to make sure that you received the secure emails that I sent you last week and earlier this week.  Are you  available for a call tomorrow to discuss the Fortress matter?

Thank you,

Tom

**Thomas B. Bosch**
Counsel
U.S. Securities and Exchange Commission
Enforcement Division, Atlanta Regional Office
(404) 942-0701

Reed Smith LLP is a limited liability partnership registered in England (registered no. OC303620) with its registered office at The Broadgate Tower, 20 Primrose Street, London, EC2A 2RS, England. Reed Smith owns companies which provide corporate, pension and trusteeship services. Reed Smith, and those companies, are authorised and regulated by the Solicitors Regulation Authority.

A list of members of Reed Smith LLP, and their professional qualifications, is available at the registered office. Any reference in this email to a partner of Reed Smith LLP is to a person who is a member of Reed Smith LLP, or a partner of an associated entity, or an employee of equivalent standing.  Reed Smith LLP is associated with Reed Smith LLP of Delaware, USA.

This e-mail is confidential and may be protected by legal privilege. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation. Please contact us on +44 (0)20 3116 3000 if you need assistance.

Disclaimer Version RS.UK.201.407.03