# EXHIBIT G

# Murnahan, Shawn

| | |
|---|---|
| **From:** | Gray, Elizabeth <EGray@willkie.com> |
| **Sent:** | Sunday, March 19, 2017 4:48 PM |
| **To:** | Murnahan, Shawn |
| **Cc:** | Bosch, Thomas; Dixon, William S.; Brunson, Natalie; Jorjoladze, Nana; Edwards, Abigail; Wastler, Sarah |
| **Subject:** | Re: SEC v. Unknown Traders in Fortress Investment Group LLC, Case No. 2:17-cv-01287-CCC-MF - Service of Summons |

Thank you.

Sent from my iPad

**Elizabeth P. Gray**
**Willkie Farr & Gallagher LLP**
1875 K Street, N.W. | Washington, DC 20006-1238
Direct: +1 202 303 1207 | Fax: +1 202 303 2207
egray@willkie.com | vCard | www.willkie.com bio

On Mar 17, 2017, at 4:32 PM, Murnahan, Shawn <MURNAHANW@sec.gov> wrote:

> Liz,
>
> Attached are courtesy electronic copies of the following documents being mailed to you today:
>
> - Letter dated March 17, 2017
> - Summons
> - Complaint
> - Temporary Restraining Order Freezing Assets, Granting Other Relief, and Order to Show Cause ("TRO")
>
> As explained in the attached cover letter, these documents are being sent to you as counsel for individuals or entities who traded in securities of Fortress Investment Group LLC (the "Fortress Traders") between February 10, 2017 and February 15, 2017. The cover letter includes instructions regarding providing these materials to the Fortress Traders and confirming to the SEC staff that you have done so.
>
> Please let me know if you have any questions.
>
> **W. Shawn Murnahan** | Senior Trial Counsel |
> U.S. Securities and Exchange Commission | Atlanta Regional Office |
> 950 East Paces Ferry Road, N.E., Suite 900, Atlanta, Georgia 30326 |
> direct: 404 842 7669 | fax: 703 813 9364 | murnahanw@sec.gov

&lt;2017-03-17 Gray, Esq..pdf&gt;
&lt;Summons_Gray, Esq..pdf&gt;
&lt;Docket 1 Complaint.pdf&gt;
&lt;Docket 3 Signed TRO.pdf&gt;

---

**Important Notice:**  This email message is intended to be received only by persons entitled to receive the confidential information it may contain.  Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged.  Please do not read, copy, forward or store this message unless you are an intended recipient of it.  If you have received this message in error, please forward it back.  Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.