# EXHIBIT H

**Murnahan, Shawn**

| | |
|---|---|
| **From:** | filord@gtlaw.com |
| **Sent:** | Monday, March 20, 2017 12:10 PM |
| **To:** | Murnahan, Shawn |
| **Cc:** | Bosch, Thomas; Dixon, William S.; Brunson, Natalie; Jorjoladze, Nana; muyskensn@gtlaw.com; bhatiak@gtlaw.com |
| **Subject:** | RE: SEC v. Unknown Traders in Fortress Investment Group LLC, Case No. 2:17-cv-01287-CCC-MF - Service of Summons |

Hello Shawn,

We sent copies of these documents to the following two clients by e-mail today:
- Chaudhry Zeeshan
- Kashif Qadri

Thanks,
Dan

**Daniel Filor**
Shareholder
Greenberg Traurig, LLP | MetLife Building | 200 Park Avenue | New York, NY 10166
Tel 212.801.6758
filord@gtlaw.com | www.gtlaw.com



---

**From:** Murnahan, Shawn [mailto:MURNAHANW@sec.gov]
**Sent:** Friday, March 17, 2017 4:34 PM
**To:** Filor, Daniel (Shld-NY-LT)
**Cc:** Bosch, Thomas; Dixon, William S.; Brunson, Natalie; Jorjoladze, Nana
**Subject:** SEC v. Unknown Traders in Fortress Investment Group LLC, Case No. 2:17-cv-01287-CCC-MF - Service of Summons

Dan,

Attached are courtesy electronic copies of the following documents being mailed to you today:

- Letter dated March 17, 2017
- Summons
- Complaint
- Temporary Restraining Order Freezing Assets, Granting Other Relief, and Order to Show Cause ("TRO")

As explained in the attached cover letter, these documents are being sent to you as counsel for individuals or entities who traded in securities of Fortress Investment Group LLC (the "Fortress Traders") between February 10, 2017 and February 15, 2017. The cover letter includes instructions regarding providing these materials to the Fortress Traders and confirming to the SEC staff that you have done so.

Please let me know if you have any questions.

**W. Shawn Murnahan** | Senior Trial Counsel |
U.S. Securities and Exchange Commission | Atlanta Regional Office |
950 East Paces Ferry Road, N.E., Suite 900, Atlanta, Georgia 30326 |
direct: 404 842 7669 | fax: 703 813 9364 | murnahanw@sec.gov

---

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate such information.