# EXHIBIT I

**Murnahan, Shawn**

| | |
|---|---|
| **From:** | Day, Lori Sharpe <lday@ashcroftlawfirm.com> |
| **Sent:** | Tuesday, March 07, 2017 4:52 PM |
| **To:** | Brunson, Natalie |
| **Subject:** | Follow up |

Ms. Brunson,

As a follow up to our earlier discussions, and for further clarification, please note that the actual client that traded Fortress shares is a company by the name of Lotus Trading SAL Holding. This company is registered in Beirut under register number 1902852. Mr. Nacim Ould Kaddour is the only and ultimate beneficial owner of Lotus Trading SAL Holding as stipulated by the Know Your Customer form signed by the company.

Please note their client has decided to change his US lawyer and signed the necessary bank secrecy waivers required under Lebanese law to reveal his identity. The client asked us to forward the below information to you. To this end, please find below the following information regarding his identity which we kindly request that you convey to the SEC:

Given name: Nacim.
Surname: Ould Kaddour.
Date of birth: 27/APRIL/1979.
Place of birth: United States of America.

This client of Fidus requested that we make sure to inform you that he is the one who came forward with this information and that he has nothing to hide.

Thank you very much,
Lori


**Lori Sharpe Day**
Managing Partner
P: (314) 863-7001  | C: (202) 427-5892
lday@ashcroftlawfirm.com | http://www.ashcroftlawfirm.com

ASHCROFT LAW FIRM

This message contains information which may be confidential and privileged. Unless you are the intended recipient (or authorized to receive for the intended recipient), you may not use, copy, or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by replying or by phone at (314) 863-7001 and delete the message.