

Eric D. Wong
Tel 973.443.3288
Fax 973.301.8410
wonge@gtlaw.com

November 29, 2017

VIA CM/ECF

The Hon. Claire C. Cecchi
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Room 4015
Newark, New Jersey 07101

Re:   *SEC v. One Or More Unknown Traders In The Securities Of Fortress Investment Group, LLC*, 17-cv-1287 (CCC) (MF)

Dear Judge Cecchi:

We represent Defendants Kashif Qadri, Alda Ltd., Chaudhry Muhammad Zeeshan, and Endeso, Ltd. (collectively, "Defendants") in the above-referenced matter. We write respectfully to request that the Court reinstate Defendants' Motion to Dismiss (ECF No. 45).

On November 7, 2017, Your Honor entered an Order administratively terminating Defendants' Motion to Dismiss. *See* Order, ECF No. 63. At the same time, Your Honor directed that upon adjudication of co-defendants' motion to strike, Defendants may thereafter seek to reinstate, by letter to the Court, Defendants' motions to dismiss. *Id.*

On November 28, 2017, Magistrate Judge Falk denied the pending motion to strike. ECF No. 68. Accordingly, Defendants hereby seek to reinstate, pursuant to Your Honor's Order, their Motion to Dismiss (ECF No. 45). *See also* ECF No. 46 (Defendants' Memorandum of Law in Support of their Motion to Dismiss); ECF No. 59 (Defendants' Reply Memorandum of Law in Support of their Motion to Dismiss).

Respectfully submitted,

GREENBERG TRAURIG, LLP

By:  /s/ Eric D. Wong
Daniel P. Filor
Eric D. Wong
500 Campus Drive
Suite 400
Florham Park, New Jersey 07932

cc: The Hon. Mark Falk